IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PATRICK JEAN AUBIN
Reg. #19883-057                                                    PETITIONER

v.                      No. 2:18-cv-51-DPM

GENE BEASLEY, Warden,
FCI – Forrest City Medium                                          RESPONDENTS

## ORDER

The Court adopts Magistrate Judge Harris's careful recommendation. № 11; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Aubin's § 2241 petition will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2018