# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

PATRICK JEAN AUBIN
Reg. #19883-057                                             PETITIONER

v.                          No. 2:18-cv-51-DPM

GENE BEASLEY, Warden,
FCI – Forrest City Medium                                   RESPONDENTS

## JUDGMENT

Aubin's petition is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

31 October 2018